UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2298**

LAWRENCE DIGGS,

        Plaintiff - Appellant,

    v.

BALTIMORE COUNTY PUBLIC SCHOOLS,

        Defendant – Appellee,

    and

BALTIMORE COUNTY; KEVIN KAMENETZ,

        Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:14-cv-00715-RDB)

Submitted: May 19, 2016           Decided: June 13, 2016

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Diggs, Appellant Pro Se. Edmund J. O'Meally, Andrew G. Scott, PESSIN KATZ LAW, P.A., Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Diggs appeals the district court's order granting Baltimore County Public Schools' motion for summary judgment and closing his civil action that raised claims of employment discrimination, hostile work environment, and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Diggs v. Bd. of Educ. of Baltimore Cty., No. 1:14-cv-00715-RDB (D. Md. Sept. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED